**Order entered August 30, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00730-CV

## IN RE LANDELL SHECKLES, Relator

**Original Proceeding from the 301st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-21-08491**

## ORDER
Before Justices Osborne, Pedersen, III, and Goldstein

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus.

/s/ Bonnie Lee Goldstein
BONNIE LEE GOLDSTEIN
JUSTICE